Paul M. GRAHAM et ux.

v.

ATMED TREATMENT CENTER INC.
et al.

No. 83–4–M.P.

Supreme Court of Rhode Island.

Feb. 25, 1983.

John H. Hines, Jr., Providence, for petitioner.

Ruth DiMeglio, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Dorothy A. Hallquist KACZOWKA et al.

v.

Roy E. HEDBERG et al.

No. 82–514–M.P.

Supreme Court of Rhode Island.

Feb. 25, 1983.

Leonard A. Kamaras, Providence, for petitioner.

Henry J. Blais, III, Ernest J. Pratt, Pawtucket, for respondent.

ORDER

The petition for writ of certiorari is denied.

John J. TARVIS

v.

STATE.

No. 83–2–C.A.

Supreme Court of Rhode Island.

Feb. 25, 1983.

Dennis J. Roberts II, Atty. Gen., for respondent.

John J. Tarvis, pro se.

ORDER

The petitioner's application for postconviction relief as prayed is denied, without prejudice to petitioner's filing such application in the Superior Court.